# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

        **Plaintiff,**

-vs-                                      Case No.   3:17-CR-89

**NEAL WILLIAMS**

        **Defendant.**

## ORDER

This matter is before the Court on Defendant's Motion for Release of Property (doc. 52) requesting the Court issue an Order for the return of personal property.

The Government filed a response (doc. 53) notifying the Court that although the United States adopted Defendant's case for prosecution they did not seek possession of the items identified in his motion for return, items that were seized by the Montgomery County Sheriff's Office at the time of Defendant's arrest.

There being no showing the United States Government was in possession, custody, or in control of the property identified and requested for return, the Court **DENIES** Defendant's Motion for Release of Property (doc. 52).

**DONE** and **ORDERED** in Dayton, Ohio, this 17th day of March 2021.

*s/ Thomas M. Rose*

THOMAS M. ROSE JUDGE
UNITED STATES DISTRICT COURT